■ In the Matter of EILEEN CICCONE, Individually and on Behalf of Other Persons Similarly Situated, Appellant, v PARKING VIOLATIONS BUREAU OF THE CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, New York County, entered on September 10, 1979, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on December 24, 1979 dis-

missed as nonappealable, without costs and without disbursements. No opinion. Concur — Sullivan, J.P., Markewich, Lupiano, Silverman and Bloom, JJ.